JUDY ANN JEAN KEETER,

      Appellant,

v.

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA11,

      Appellees.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5545

Opinion filed June 21, 2016.

An appeal from the Circuit Court for Duval County.
William A. Wilkes, Judge.

Judy Ann Jean Keeter, pro se, Appellant.

Brian K. Hole and Katherine M. Joffe of Holland & Knight LLP, Fort Lauderdale, for Appellees.

PER CURIAM.

      AFFIRMED.

B.L. THOMAS, WINOKUR, and JAY, JJ., CONCUR.

1